RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Jose Maria DeCastro*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIA DECASTRO,<br><br>              Plaintiff,<br><br>     vs.<br><br>JOHN BRENDAN O'DEA,<br><br>              Defendant. | Case No. 25-cv-06567-NC<br><br>**PLAINTIFF'S AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1

**PLAINTIFF'S AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:**

The undersigned is counsel of record for Plaintiff Jose Maria DeCastro, and hereby submits the following disclosure statement pursuant to Civil Local Rule 3-15:

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named party, there is no such interest to report.

Dated:  August 12, 2025

/s/ Randall S. Newman
Randall S. Newman, Esq. (SBN 190547)
99 Wall Street, Suite 3727
New York, NY 10005
(212) 797-3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Jose Maria DeCastro*

Note to Clerk: This Amended Certificate corrects a clerical error in the party name in the original filing.