RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Jose Maria DeCastro*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIA DECASTRO, | Case No. 25-cv-06567-NC |
| Plaintiff, | **HON. NATHANAEL M. COUSINS** |
| vs. | **DECLARATION OF RANDALL S. NEWMAN IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE** |
| JOHN BRENDAN O'DEA, | |
| Defendant. | |

**DECLARATION OF RANDALL S. NEWMAN ISO PLAINTIFF'S EX PARTE APPLICATION**

1

## DECLARATION OF RANDALL S. NEWMAN

2

3

I, Randall S. Newman, hereby swear and affirm pursuant to 28 U.S.C. § 1746 upon direct personal knowledge that the following is true and correct:

4

5

6

7

1.      I am an attorney duly licensed to practice before this Court and am the attorney for Plaintiff Jose Maria DeCastro ("Plaintiff"). Unless otherwise stated, I have personal knowledge of the facts stated herein and if called as a witness could competently testify thereto.

8

9

2.      I submit this Declaration in Support of Plaintiff's *Ex Parte* Application for an Order Authorizing Alternative Service pursuant to Fed. R. Civ. P. 4(f)(3).

10

11

12

3.      Plaintiff commenced this action against Defendant John Brendan O'Dea ("Defendant"). Defendant operates the YouTube channel located at https://www.youtube.com/@IrishDemon (the "Irish Demon Channel").

13

14

15

4.      On or about November 18, 2022, Defendant submitted a DMCA counter-notice (the "Counter-Notice") to YouTube to restore a video to his Irish Demon Channel. A copy of the Counter-Notice is attached hereto as **Exhibit A**.

16

17

18

19

20

5.      In that Counter-Notice, Defendant listed his address as 13 Norman Street Saint James, Perth WA WA6102 Australia and identified irishdemonvids@gmail.com as his contact email. The Counter-Notice includes the statement required by 17 U.S.C. § 512(g)(3)(D) that the subscriber consents to jurisdiction in this District and will accept service of process.

21

22

23

24

6.      The Irish Demon Channel continues to display email contact information as irishdemonvids@gmail.com and irishdemonarmy@gmail.com. A true and correct screenshot of the Irish Demon Channel located at www.youtube.com/@IrishDemon is attached hereto as **Exhibit B**.

25

26

27

7.      Substantial evidence indicates Defendant resided in Ireland at the time of the Counter-Notice despite his use of an address in Australia. Defendant's address in Ireland is unknown.

28

8.    For example, on November 19, 2022, the day after submitting the Counter-Notice, Defendant posted a video titled *Delete Strikez* to the Irish Demon channel and stated, "I'm here in Boston … I am in the beautiful city of Boston right now.". In the same video, he described his outbound travel: "you do two securities at Dublin Airport before you fly to the States; you do Irish security and then you do TSA." He further stated, "I'll be flying back to Ireland," and "I get back to Ireland Monday morning.". A true and correct excerpt of the transcript of that video, which I obtained directly from the video as posted to the Irish Demon Channel, is attached hereto as **Exhibit C**. The full video is available at https://www.youtube.com/watch?v=4E-OI-PDeEo

9.    On July 22, 2025, I filed an application for a subpoena under 17 U.S.C. § 512(h) in Case No. 25-mc-80208-NC. A true and correct copy of the Clerk-issued subpoena is attached as **Exhibit D**.

10.    On July 31, 2025, Defendant posted a video to the Irish Demon Channel titled *"Happy Birthday To Me*…". In that video, Defendant states: "Oh yeah, I'm getting sued by Jose DeCastro for a video that I put up two years ago." In the same video, Defendant further sated, "I used to live in Australia, so I'm kind of used to the heat…," thereby acknowledging that he no long resides in Australia. These statements confirm both Defendant's awareness of this lawsuit and that he is currently located in Ireland. A true and correct excerpt of the transcript of that video, which I obtained directly from the video as posted to the Irish Demon Channel, is attached hereto as **Exhibit E**. The full video is available at  https://www.youtube.com/watch?v=8zLVk4eVAGw&t=1407s.

11.    Plaintiff filed this action on August 5, 2025 (ECF No. 1).

12.    On August 21, 2025, I sent a copy of the Summons and Complaint to Defendant with an Acknowledgement of Service form. Defendant did not respond to my email. A true and correct copy of the email to Defendant is attached hereto as **Exhibit F**.

13.    On the same day, Google provided certain files in response to the § 512(h) subpoena.

**DECLARATION OF RANDALL S. NEWMAN ISO PLAINTIFF'S EX PARTE APPLICATION**

14.     Those records show that the Irish Demon Channel is purportedly co-owned or co-operated by Joe Famalette of the Creator Growth Group. According to their website the Creator Growth Group in an investment fund that provides capital and operational support to YouTube creators. *See* https://www.creatorgrowthgroup.com/

15.     According to the Creator Growth Group website, founder Joe Famalette has invested in over 50 YouTube channels, https://www.creatorgrowthgroup.com/team.

16.     The records produced by Google show that the email addresses joe@creatorgrowthgroup.com and fat2fitgorzilla@gmail.com are associated with the Irish Demon Channel. A redacted excerpt of Google's production is attached hereto as **Exhibit G**.

17.     Defendant continues to actively operate and post content to the Irish Demon Channel. For example, on September 2, 2025, Defendant uploaded a video titled *Sugar Daddy Showdown: Mini Bike Turned Into a Weapon!* to the channel, available at https://www.youtube.com/watch?v=dZPaDg0OwH4.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 3nd day of September, 2025, in Bangkok, Thailand.


s/ Randall S. Newman
Randall S. Newman

**DECLARATION OF RANDALL S. NEWMAN ISO PLAINTIFF'S EX PARTE APPLICATION**



On 11/18/2022 7:57 PM MST YouTube Copyright <youtube-disputes+3fu0mx8ponsrw0h@google.com> wrote:

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

\- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=hGUx9FC3Eo4

Display name of uploader: Irish Demon

To whom it may concern, I have taken my time to form a legal case, and I formally request that this counter-notification is forwarded to the claimant. Allegations of Copyright Violation / Digital Millennium Copyright Act The claims of copyright violation should be rejected because: My use of the material is legally protected because it falls within the "fair use" provision of the copyright regulations, as defined in 17 USC 107. If the complainant disagrees that this is fair use, they are free to take up the matter with me directly, in the courts. In my created video I use footage from Delete Lawz in order to make commentary and criticize Delete Lawz positions on multiple issues. This is not meant as a substitute for Delete Lawz video. This video falls under the Fair Use clause as it is transformative and serves as commentary against Delete Lawz positions.

EXHIBIT A - Page 1 of 2

This is an obvious false DMCA takedown claim as Delete Lawz is trying to silence critics of him. I ask that you reinstate my video, reverse the copyright strike, and take necessary action against Delete Lawz and those who attempt to abuse YouTube's copyright system. He has said multiple times on his channel that he intends to do this to gather personal information of creators and to use physical harm against them, prof of which can be submitted I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled. I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

John ODea

John ODea
13 Norman street saint james
Perth  WA WA6102
Australia

Irishdemonvids@gmail.com

(08) 7721 3896

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



**EXHIBIT C**
**Excerpt of Transcript of Video**
**Source: Irish Demon Channel**
**https://www.youtube.com/@IrishDemon**

**Video Title:**      *Delete Strikez! Chilles Copyright Rampage*
**Dated Posted:**   November 19, 2022
**URL:**          https://www.youtube.com/watch?v=4E-OI-PDeEo


0:00

really that wasn't what you think it was that was my seat it's actually a really nice hotel I'm really really happy with

0:05

this one I hope everybody's doing really well I'm just still starting my uh my situation out here I need to get

0:12

something to prop up my iPad a little bit better give me one second

0:23

bear with me I'll be right back

0:28

I think that might be better foreign

0:35

that's better that's better um so hello everybody I hope you're all doing really really well I'm gonna try

0:41

and make my uh whoa did not expect that to happen I'm gonna try and make my side chat a

0:48

EXHIBIT C - Page 1 of 6

little bit bigger but it doesn't seem to let me do it so I'll crack it open here on the uh the tellular phone as well

0:54

so anyway I'm here in Boston um it's [ __ ] awesome by the way

1:00

I just met a really cool guy who's staying upstairs in the hotel and we were chatting for a while uh j-roll's

1:06

watching down in Amarillo I have got to go somewhere the next time I'm in uh in

1:11

Texas or anywhere near kind of near enough to Amarillo that there will be a sign for it

1:16

because of the sun show me the way to Amarillo I want to stand by said sign and point at it and say I found it

1:22

anyway so I'm in the uh I'm in the airport right now in the airport I'm in the hotel I was in the airport yesterday

1:29

um flight was great I slept most of the way I had a whole roll to myself so I just kind of

1:34

laid out and had a good time it was great watch the movie and just chilled it was fantastic

1:40

uh looks like YouTube is knocking back plenty of chili strikes yes it sure does actually

EXHIBIT C - Page 2 of 6

3:44

where would I find that what video was that if anybody can let me know because I

3:50

pretty much just been asleep since I got here I got up and had breakfast this morning went back to sleep for a while been just kind of relaxing it's been

3:57

great actually I've had a good sleep oh that 20 minute life was that I haven't watched that yet

4:02

uh prepare for a nonsensical legal jargon from Chile oh God okay well I won't be able to show it on the screen

4:08

but I will be able to play it and listen to it um he's on his way to court or he's in court what's he in court for

4:17

uh I am in Boston I am in the beautiful city of Boston right now uh in later

4:23

playing Just filing of an amendment complaint the Court denies has moved his motion requesting the court to record

4:29

his voluntary dismissal very interesting oh the woman team okay

4:34

cool the team skeptic oral hearing and

4:40

notices filed before the defendants answers to his complaint very interesting

4:47

EXHIBIT C - Page 3 of 6

10:50

while and she came back like a good 10 minutes later

10:57

and I was like where were you and she just handed me back my my passport

11:02

didn't say anything about it just handed it back to me and told me how to get up to the security or whatever's off I went

11:08

anyway kind of forgot about it then because I was excited to get going again and I love flights so I was like you know I'm

11:15

excited to get on the plane so then I went through Irish security

11:21

so you do two Securities at Dublin Airport before you fly to the States you do Irish security and then you do TSA

11:28

so I got stopped at all your security I don't know if it's do I look dodgy or whatever but every time I go through

11:34

security at an airport I get checked right they check my hands with swabs they check my pockets like everything

11:39

and that's fine you know it's not a big deal I don't care it only takes a couple minutes but they really checked and my bags

11:46

EXHIBIT C - Page 4 of 6

1:24:36

that that's I never do that uh Mr binklesworth for five dollars says did you get any did you get my email

1:24:42

about making some Irish demon Shields what when was that

1:24:49

oh [ __ ] when you said can you um can you resend that to me

1:24:55

if you could resend that to me that would be great a legend I'll be flying back to Ireland

1:25:02

um then so I don't know if I can do it Sunday but the next one you have on I'll be there you just let me know bro and

1:25:07

I'll be there oh yeah more or less yeah they're they're not alone no he's just um

1:25:14

he's just trying his best right now and that's okay [ __ ] I don't care oh there it is Carol for uh one pound oh

1:25:20

Carol I did see that I apologize I did see that up there earlier

1:25:26

um but it didn't pop up on the top of my screen uh my bad Carol no I never I never intentionally um I never intentionally

1:25:33

don't read them or whatever um and I got two out of it now yeah

1:25:39

EXHIBIT C - Page 5 of 6

1:54:49

I get back to Ireland Monday morning for Monday night onwards

1:54:57

email me every [ __ ] day till I do it please yes team I did notice that if you go and you look up

1:55:03

delete laws on YouTube right now you won't find the channel not saying it got deleted it just takes

1:55:09

forever to get down to his channel is going to be gone through man it's going to be gone soon

1:55:16

uh

1:55:24

um let me see here actually gets his

1:55:29

channel deleted he lasted by 50 49 800 subscribers all over again oh yeah he's

1:55:35

getting algorithms to ship now I probably have no team to be fair because of the three strikes but that's okay man

1:55:42

all right I'll leave you with this uh just got uh I won't read out your full name just got an email from uh Michael a

1:55:49

joke a Boston joke a guy looking for a restaurant serving fish only available on the East Coast flies into Boston he

EXHIBIT C - Page 6 of 6

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Plaintiff | ) |
| v. | ) |
| IN RE: DMCA SECTION 512(h) | ) |
| SUBPOENA TO GOOGLE, LLC D/B/A YOUTUBE | ) |
| Defendant | ) |

Civil Action No. 5:25-mc-80208

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: 
GOOGLE, LLC D/B/A YOUTUBE
C/O CORPORATION SERVICE CO., 2710 GATEWAY OAKS DR., SUITE 150N, SACRAMENTO, CA 95833

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

SEE ATTACHMENT A

| Place: VIA EMAIL ONLY: RSN@RANDALLNEWMAN.NET | Date and Time: 08/22/2025 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 7/22/25

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Jose Maria DeCastro _____, who issues or requests this subpoena, are:
Randall S. Newman, 99 Wall St, Ste. 3727, New York, NY 10005, rsn@randallnewman.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

EXHIBIT D - Page 1 of 4

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   5:25-mc-80208

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____                          _____
                                                                    *Server's signature*

                                                         _____
                                                                    *Printed name and title*


                                                         _____
                                                                    *Server's address*

Additional information regarding attempted service, etc.:

EXHIBIT D - Page 2 of 4

AO 88B   (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

### Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

EXHIBIT D - Page 3 of 4

## <u>ATTACHMENT A</u>

## DOCUMENTS TO BE PRODUCED UNDER SUBPOENA

1.      All identifying information, including the name(s), address(es), telephone number(s), email address(es), and IP address(es) for the user(s) associated with the following   ouTube channel: **https://www.youtube.com/@IrishDemon**. Please include all identifying information provided when this channel was established, as well as all identifying information provided subsequently for billing, administrative or AdSense revenue purposes.

2.      All identifying information, including the name(s), address(es), telephone number(s), email address(es), and IP address(es), for the users who posted, uploaded, or modified            the            data            at            the            following UR  : **https://www.youtube.com/watch?v=wTgfIBnDvfw.**

---

1

Attachment A to Subpoena to    oogle,      C d/b/a    ouTube for Production of Documents

**EXHIBIT E**
**Excerpt of Transcript of Video**
**Source: Irish Demon Channel**
**https://www.youtube.com/@IrishDemon**

**Video Title:**     *"Happy" Birthday To Me….*
**Dated Posted:**   July 31, 2025
**URL:**            https://www.youtube.com/watch?v=8zLVk4eVAGw&t=1407s


15:31

you know, you get stuck in a [ __ ] trolley in a waiting area in a curtain

15:36

with a guy snoring like sounds like a [ __ ] old diesel trying to start up in the winter. Um, oh yeah, I'm getting

15:44

sued by Jose Castro. for a video that I put up two years ago,

15:50

whatever that's about. And suck my nuts out. So, yeah, exactly, Michelle. Like,

15:56

if she if if your son was lying down here, just wouldn't work. I just don't know

16:01

what they would actually do cuz I've seen young lads in here way taller than me. So, I don't know how to do it. Um, I

Very warm tonight, isn't it? Yeah, you like the heat. I would just go up to 40°, you know.

29:22

Really? See, you you're happily working 40°. I know. I actually I'm an Indian.

29:29

Yeah. So, it's so humid there as well, isn't it? Yeah. Yeah. And also I just work in Middle East, you know.

29:35

Yeah. Yeah. Dubai. I've been I've been there a few times like

29:41

July, August where it's just so humid. I I think I'm just happy with that.

29:47

Yeah. Well, I used to live in I used to live in Australia, so I'm kind of used to the um I'm used to the heat. But

29:55

I like, you know, rather than than cold. Yeah. Yeah. I can't.

30:02

But, you know, I like the country. Yeah. when the weather sucks. Like it really does. It's awful.

30:10

Yeah. Yeah. I was born here, but everybody says that. Yeah. I look for

30:15

**rsn@randallnewman.net**

| | |
|---|---|
| **From:** | rsn@randallnewman.net |
| **Sent:** | Thursday, August 21, 2025 11:00 AM |
| **To:** | 'irishdemonvids@gmail.com' |
| **Subject:** | DeCastro v. O'Dea (N.D. Cal. No. 25-cv-06567-NC) — Acknowledgment of Service Requested |
| **Attachments:** | DeCastro v. O'Dea - Acknowledgement of Service - 25-cv-06567-NC.pdf; DeCastro v. O'Dea - Complaint - 25-cv-06567-NC.pdf; DeCastro v. O'Dea - Initial Scheduling Conference - 25-cv-06567-NC.pdf; DeCastro v. O'Dea - Summons - 25-cv-06567-NC.pdf; ECF_Reg_Info.pdf; NC-civil-standing-order_12.03.24.pdf |

Mr. O'Dea,

As you know, on November 18, 2022 you submitted a DMCA counter-notification to YouTube in which you agreed to accept service if a lawsuit was filed. This email provides you the service package and requests that you sign and return the enclosed Acknowledgment of Service for this case: DeCastro v. O'Dea, No. 25-cv-06567-NC (N.D. Cal.).

Please sign and return the attached Acknowledgment of Service by Monday, August 25, 2025 (U.S.). You can (a) print, sign, and email back a PDF/photo, or (b) apply a digital signature and email back the signed PDF. Replying to this email with the signed form is sufficient.

If I do not receive your signed acknowledgment by August 25, 2025, I will move the Court for leave to complete service by email. (Nothing in this request waives any of my client's rights or remedies.)

Attachments (service packet):

• Summons (issued 8/19/2025) — Case No. 25-cv-06567-NC.
• Complaint (filed 8/5/2025).
• Order Setting Initial Case Management Conference and ADR Deadlines (Judge Cousins).
• Civil Standing Order — Magistrate Judge Nathanael M. Cousins.
• ECF Registration Information (N.D. Cal.).
• Acknowledgment of Service (blank for your signature).

For your convenience, the Court has already set the initial case management schedule; please see the attached order (CMC by Zoom on November 5, 2025 at 10:00 AM; meet-and-confer / initial disclosures / JCMS deadlines included there).

Please confirm receipt and return the signed acknowledgment at your earliest convenience, and in any event by August 25, 2025.

Best regards,

EXHIBIT F - Page 1 of 2

Randall S. Newman, Esq.
rsn@randallnewman.net

EXHIBIT F - Page 2 of 2

############### * Google Confidential and Proprietary * ###############

## GOOGLE SUBSCRIBER INFORMATION



Name: Irish Demon
Given Name: Irish Demon

| Account Type | Role | Email Address | Gaia ID | Association Time | Account Deletion Status |
|---|---|---|---|---|---|

EXHIBIT G - Page 1 of 2



| | Primary Owner | joe@creatorgrowthgroup.com |
|---|---|---|

| Targeted Admin Account Email | Previous Role |
|---|---|
| joe@creatorgrowthgroup.com | Co-owner |
| fat2fitgorzilla@gmail.com | Primary Owner |

############## * Google Confidential and Proprietary * ##############

EXHIBIT G - Page 2 of 2