UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIA DECASTRO, | Case No. 25-cv-06567-NC |
| Plaintiff, | **HON. NATHANAEL M. COUSINS** |
| vs. | **ORDER GRANTING *EX PARTE* APPLICATION FOR ALTERNATIVE SERVICE** |
| JOHN BRENDAN O'DEA, | |
| Defendant. | |

1

**ORDER   GRANTING   EX   PARTE   APPLICATION   FOR   ALTERNATIVE SERVICE**

Plaintiff's Ex Parte Application for an Order Authorizing Alternative Service under Fed. R. Civ. P. 4(f)(3) came before the Court. Having considered the application, supporting declaration, and exhibits, and good cause appearing, the Court hereby ORDERS:

1. Plaintiff may serve Defendant John Brendan O'Dea by email at the following addresses: irishdemonvids@gmail.com; irishdemonarmy@gmail.com.

2. Such service shall constitute valid service of process under Fed. R. Civ. P. 4(f)(3).

3. Plaintiff shall also serve copies of the summons and complaint on Joe Famalette of Creator Growth Group (joe@creatorgrowthgroup.com; fat2fitgorzilla@gmail.com), who is identified in Google's production as an operator or co-owner of the Irish Demon Channel.

4. Service shall be deemed complete upon Plaintiff's transmission of the summons and complaint to the above-listed email addresses.

**IT IS SO ORDERED:**

Dated: September 3, 2025

HON. NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE