RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Jose Maria DeCastro*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIA DECASTRO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN BRENDAN O'DEA,<br><br>　　　　Defendant. | Case No. 25-cv-06567-NC<br><br>**DECLARATION OF SERVICE BY EMAIL** |

1

**DECLARATION OF SERVICE BY EMAIL**

I, Randall S. Newman, hereby swear and affirm pursuant to 28 U.S.C. § 1746 upon direct personal knowledge that the following is true and correct:

1. I am counsel for Plaintiff Jose Maria DeCastro in this action.

2. On September 3, 2025, pursuant to the Court's September 3, 2025 Order Granting Ex Parte Application for Alternative Service (ECF No. 10), I served Defendant John Brendan O'Dea with the Summons, Complaint and related case documents by transmitting them via email to irishdemonvids@gmail.com and irishdemonarmy@gmail.com, the addresses authorized by the Court.

3. In compliance with the Court's Order, I also transmitted copies of these documents to joe@creatorgrowthgroup.com and fat2fitgorzilla@gmail.com, the addresses identified for Mr. Joe Famalette, who is not a named defendant in this action but was directed by the Court to receive service copies.

4. The documents transmitted were: (a) Summons issued August 19, 2025; (b) Complaint filed August 5, 2025; (c) Order Setting Initial Case Management Conference and ADR Deadlines; (d) Civil Standing Order of Magistrate Judge Nathanael M. Cousins; (e) ECF Registration Information for the Northern District of California; and (f) the September 3, 2025 Order Granting Ex Parte Application for Alternative Service.

5. Service was complete upon transmission of the above documents, consistent with the Court's Order.

6. True and correct copies of (a) the service email I transmitted on September 3, 2025, and (b) the Summons issued on August 19, 2025, are attached hereto as Exhibit A and Exhibit B, respectively.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of September, 2025 (Pacific Time)/4th day of September (local time in Bangkok, Thailand).

                                                s/ Randall S. Newman
                                                Randall S. Newman

**DECLARATION OF SERVICE BY EMAIL**

**rsn@randallnewman.net**

| | |
|---|---|
| **From:** | rsn@randallnewman.net |
| **Sent:** | Wednesday, September 3, 2025 7:15 PM |
| **To:** | 'irishdemonvids@gmail.com'; 'irishdemonarmy@gmail.com'; 'joe@creatorgrowthgroup.com'; 'fat2fitgorzilla@gmail.com' |
| **Subject:** | Service of Process – DeCastro v. O'Dea, No. 25-cv-06567-NC (N.D. Cal.) |
| **Attachments:** | DeCastro v. O'Dea - Summons - 25-cv-06567-NC.pdf; DeCastro v. O'Dea - Complaint - 25-cv-06567-NC.pdf; DeCastro v. O'Dea - Initial Scheduling Conference - 25-cv-06567-NC.pdf; NC-civil-standing-order_12.03.24.pdf; ECF_Reg_Info.pdf; DeCastro v. O'Dea - Order Granting Ex Parte Application for Alternative Service.pdf |

Mr. O'Dea and Mr. Famalette,

Please find attached the Court's Order Granting Ex Parte Application for Alternative Service dated September 3, 2025. The Order authorizes service of process by email on Mr. O'Dea, and directs that copies also be sent to Mr. Famalette. For clarity, Mr. Famalette is not named as a defendant in this case.

Pursuant to the Order and Fed. R. Civ. P. 4(f)(3), service is effected upon Mr. O'Dea by this transmission. The attachments include the summons (issued August 19, 2025), the complaint (filed August 5, 2025), the Court's Order Setting Initial Case Management Conference and ADR Deadlines, Judge Cousins' Civil Standing Order, the ECF Registration Information for the Northern District of California, and the Order Granting Alternative Service dated September 3, 2025.

The Court has scheduled the initial case management conference by Zoom on November 5, 2025 at 10:00 AM (PST). Related deadlines, including the Rule 26(f) conference, initial disclosures, and the joint case management statement, are outlined in the Court's order.

Please confirm receipt of this email and attachments.

Best regards,

Randall S. Newman, Esq.
(212) 797-3735
rsn@randallnewman.net

1

EXHIBIT A - Page 1 of 1

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

NORTHERN District of CALIFORNIA

| | |
|---|---|
| JOSE MARIA DECASTRO,<br>*Plaintiff(s)*<br>v.<br>JOHN BRENDAN O'DEA<br>*Defendant(s)* | Civil Action No.   25-cv-06567-NC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
JOHN BRENDAN O'DEA
13 NORMAN STREET SAINT JAMES
PERTH  WA WA6102
AUSTRALIA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Randall S. Newman, Esq.
99 Wall St., Suite 3727
New York, NY 10005
(212) 797-3735
rsn@randallnewman.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**8/19/2025**

Date: ~~8/18/2025~~

*CLERK OF COURT*

*Mark B.Busby*

*Karen Horman*
*Signature of Clerk or Deputy Clerk*