RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Jose Maria DeCastro*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIA DECASTRO, | Case No. 25-cv-06567-NC |
| Plaintiff, | |
| vs. | **REQUEST FOR DEFAULT** |
| JOHN BRENDAN O'DEA, | |
| Defendant. | |

1

**REQUEST FOR DEFAULT**

TO:   MARK B. BUSBY, CLERK OF COURT
      UNITED STATES DISTRICT COURT
      NORTHERN DISTRICT OF CALIFORNIA

Please enter default against the following Defendant:

### JOHN BRENDAN O'DEA

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the Court's file herein and from the attached Declaration of Randall S. Newman, Esq.

Dated:   September 30, 2025         s/ Randall S. Newman
                                    Randall S. Newman, Esq. (190547)
                                    99 Wall Street, Suite 3727
                                    New York, NY 10005
                                    (212) 797-3735
                                    rsn@randallnewman.net

                                    *Attorney for Plaintiff,*
                                     *Jose Maria DeCastro*