RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,
 Jose Maria DeCastro*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIA DECASTRO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN BRENDAN O'DEA,<br><br>　　　　Defendant. | Case No. 25-cv-06567-NC<br><br>**DECLARATION IN SUPPORT OF REQUEST FOR DEFAULT** |

RANDALL S. NEWMAN, pursuant to 28 U.S.C. § 1746 declares under penalties of perjury as follows:

1. That I am the attorney for Plaintiff, Jose Maria DeCastro, in the above referenced matter and I am admitted to practice in this Court. I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

2. This action was commenced pursuant to 15 U.S.C. § 1681, *et seq.* A copy of the Summons and Complaint was served on the Defendant, **JOHN BRENDAN O'DEA** as set forth in the Proof of Service by Randall S. Newman, which was filed with the Court on September 3, 2025 as ECF Document No. 11.

3. Service on Defendant via email was authorized by Order of the Court dated September 3, 2025 (ECF No. 10).

4. The time within which the Defendant may answer or otherwise move with respect to the Complaint herein has expired. Defendant, **JOHN BRENDAN O'DEA**, has not answered or otherwise moved with respect to the Complaint, and the time for the Defendant to do so has not been extended.

5. I declare under penalty of perjury that the foregoing is true and correct.

WHEREFORE, Plaintiff, Jose Maria DeCastro, requests that the default of Defendant, **JOHN BRENDAN O'DEA**, be noted by the Clerk in favor of Plaintiff and against Defendant in the manner stated herein.

Dated: September 30, 2025

s/ Randall S. Newman  
Randall S. Newman, Esq. (190547)

**DECLARATION IN SUPPORT OF REQUEST FOR DEFAULT**