1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIA DECASTRO,<br><br>          Plaintiff,<br><br>     vs.<br><br>JOHN BRENDAN O'DEA,<br><br>          Defendant. | Case No. 25-cv-06567-NC<br><br>**CLERK'S    CERTIFICATE    OF DEFAULT** |

1

**CLERK'S CERTIFICATE OF DEFAULT**

1     I, Mark B. Busby, Clerk of the United States District Court for the Northern District of California, do hereby certify that the docket entries in the above captioned action indicate that the Defendant, **JOHN BRENDAN O'DEA**, was served with a copy of the Summons and Complaint pursuant to Court order on September 3, 2025. (ECF No. 11).

    I further certify that the docket entries indicate that **JOHN BRENDAN O'DEA** has not submitted an answer or otherwise pled in the defense of this action. Accordingly, default shall be entered against Defendant.

                                        MARK B. BUSBY, CLERK

Dated: _____, 2025      _____
                                             Deputy Clerk

**CLERK'S CERTIFICATE OF DEFAULT**