RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Jose Maria DeCastro*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIA DECASTRO,<br><br>  Plaintiff,<br><br> vs.<br><br>JOHN BRENDAN O'DEA,<br><br>  Defendant. | Case No. 25-cv-6567-NC<br><br>**Hon. Nathanael M. Cousins**<br><br>**[PROPOSED] JUDGMENT FOR DEFAULT** |

# [PROPOSED] JUDGMENT

Plaintiff Jose Maria DeCastro ("Plaintiff") having moved for entry of default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2); the Clerk having previously entered default against Defendant John Brendan O'Dea ("Defendant"); and the Court having considered Plaintiff's motion, the pleadings, and the record in this action;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

### 1. Default Judgment as to Liability

Default judgment is entered in favor of Plaintiff and against Defendant on Plaintiff's claims under: the Stored Communications Act, 18 U.S.C. § 2701; the Computer Fraud and Abuse Act, 18 U.S.C. § 1030; and 17 U.S.C. § 512(f).

### 2. Declaratory Relief

The Court declares that Defendant had no lawful authorization to reproduce, rebroadcast, or publicly perform Plaintiff's audiovisual works as alleged in the Complaint, and that Defendant's use of those works does not constitute fair use under 17 U.S.C. § 107.

### 3. Permanent Injunction

Defendant, and all persons acting in concert or participation with him, are permanently enjoined from reproducing, distributing, publicly performing, or publicly displaying the following videos identified in the Complaint: the October 23, 2022 rebroadcast located at https://www.youtube.com/watch?v=wTgfIBnDvfw; and the November 15, 2022 rebroadcast located at https://www.youtube.com/watch?v=hGUx9FC3Eo4.

### 4. Damages, Costs and Attorney's Fees Reserved

The determination of damages, statutory damages (if any), attorney's fees, and costs is expressly reserved. Plaintiff may seek such relief by separate application or prove-up upon further order of the Court.

### 5. Retention of Jurisdiction

The Court retains jurisdiction to enforce this Judgment and the permanent injunction set forth herein, and to determine any issues relating to damages, attorney's fees, and costs.

[Proposed] Judgment by Default

### 6. Final Judgment

This Judgment resolves all claims on which Plaintiff seeks default judgment as set forth in Plaintiff's motion and is a final judgment for purposes of Federal Rule of Civil Procedure 58, except as to damages, attorney's fees and costs, which are expressly reserved.

**IT IS SO ORDERED**

Dated: _____, 2026

HON. NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

[Proposed] Judgment by Default