RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Jose Maria DeCastro*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIA DECASTRO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN BRENDAN O'DEA,<br><br>　　　　Defendant. | Case No. 25-cv-06567-NC<br><br>**CERTIFICATE OF SERVICE** |

1

**CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I caused a true and correct copy of a Notice of Motion and Motion for Default Judgment (ECF No. 16) and Proposed Judgment (ECF No. 16-1) to be served upon Defendant John Brendan O'Dea by email pursuant to the Court's Order Authorizing Alternative Service (ECF No. 10), at the following email addresses:

irishdemonvids@gmail.com;

irishdemonarmy@gmail.com;

joe@creatorgrowthgroup.com;

fat2fitgorzilla@gmail.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2025

s/ Randall S. Newman
Randall S. Newman, Esq. (190547)

*Attorney for Plaintiff,*
*Jose Maria DeCastro*