RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Jose Maria DeCastro*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIA DECASTRO,<br><br>    Plaintiff,<br><br>  vs.<br><br>JOHN BRENDAN O'DEA,<br><br>    Defendant. | Case No. 25-cv-06567-NC<br><br>**CERTIFICATE OF SERVICE** |

1

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2026, I caused a true and correct copy of a Notice of Zoom Hearing (ECF No. 18) to be served upon Defendant John Brendan O'Dea by email pursuant to the Court's Order Authorizing Alternative Service (ECF No. 10), at the following email addresses:

irishdemonvids@gmail.com;

irishdemonarmy@gmail.com;

joe@creatorgrowthgroup.com;

fat2fitgorzilla@gmail.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated:     January 24, 2026            s/ Randall S. Newman
                                       Randall S. Newman, Esq. (190547)

                                       *Attorney for Plaintiff,*
                                       *Jose Maria DeCastro*