UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIA DECASTRO,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN BRENDAN O'DEA,<br><br>    Defendant. | Case No. 25-cv-06567 NC<br><br>**ORDER RESETTING MOTION FOR DEFAULT JUDGMENT AND REQUESTING ADDITIONAL INFORMATION AND ACTION FROM PLAINTIFF**<br><br>RE: DKT. NO. 16 |

    Presented to the Court is Plaintiff DeCastro's Motion for Default Judgment against Defendant O'Dea. Dkt. No. 16. The motion was heard today February 25, 2026, by Zoom video. Defendant did not oppose the motion and did not appear.

    At the hearing, the Court expressed a tentative view in favor of an order recommending the granting of the motion for default judgment. But the Court requested additional information on these topics: Plaintiff's damages, attorney's fees, and costs. *See* Dkt. No. 16-1, Plaintiff's proposed order, seeking to "reserve" these issues. The Court orders Plaintiff to file a supplemental brief on these issues and an updated proposed order by April 27, 2026. Defendant must file a response by May 4, 2026. If Defendant does not timely file an opposition to default judgment, the Court may recommend entry of default judgment without holding a hearing. Finally, the Court vacated the April 8, 2026, case

1  management conference and set a renewed hearing on default judgment for May 6, 2026,
2  at 11:00 a.m. by Zoom video webinar.  This will be a public proceeding from the
3  courtroom.
4      Plaintiff is ordered to serve Defendant both with this Order and also the
5  supplemental brief and proposed order to come, and to file proof of service.
6      **IT IS SO ORDERED.**
7
8  Dated:  February 25, 2026              _____
9                                                  NATHANAEL M. COUSINS
                                                 Chief Magistrate Judge