RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Jose Maria DeCastro*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIA DECASTRO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOHN BRENDAN O'DEA,<br><br>　　　　Defendant. | Case No. 25-cv-06567-NC<br><br>**CERTIFICATE OF SERVICE** |

1

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2026, I caused a true and correct copy of the Order Resetting Motion for Default Judgment and Requesting Additional Information and Action from Plaintiff (ECF No. 21) to be served upon Defendant John Brendan O'Dea by email pursuant to the Court's Order Authorizing Alternative Service (ECF No. 10), at the following email addresses:

irishdemonvids@gmail.com;

irishdemonarmy@gmail.com;

joe@creatorgrowthgroup.com;

fat2fitgorzilla@gmail.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated:       February 25, 2026          s/ Randall S. Newman
                                        Randall S. Newman, Esq. (190547)

                                        *Attorney for Plaintiff,*
                                        *Jose Maria DeCastro*