

IT IS SO ORDERED
AS MODIFIED

Judge Nathanael M. Cousins

RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
270 Madison Ave., 10th Floor
New York, NY 10016
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Jose Maria DeCastro*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIA DECASTRO,<br><br>              Plaintiff,<br><br>      vs.<br><br>JOHN BRENDAN O'DEA,<br><br>              Defendant. | Case No. 25-cv-6567-NC<br><br>**HON. NATHANAEL M. COUSINS**<br><br>**ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF ON DAMAGES, ATTORNEY'S FEES AND COSTS AND TO CONTINUE HEARING** |

**Administrative Motion for Extension of Time to File Supplemental Brief on Damages, Attorney's Fees and Costs**

Pursuant to Civ. L.R. 7-11, Plaintiff hereby moves the Court for an Order:

a.    Extending Plaintiff's time to file a Supplemental Brief in Support of Plaintiff's Motion for Default Judgment as to damages, attorney's fees, and costs from April 27, 2026 to May 27, 2026 (ECF No. 21);

b.    Extending Defendant's time to file a response to Plaintiff's Supplemental Brief to June 1, 2026 (ECF No. 21); and

c.    Continuing the May 6, 2026 renewed hearing on Plaintiff's Motion for Default Judgment to June 3, 2026, at 11:00 a.m. by Zoom video webinar (ECF No. 21).

## GOOD CAUSE EXISTS FOR THE REQUESTED EXTENSION

Plaintiff is continuing to evaluate the appropriate evidentiary presentation responsive to the Court's request, including the form and scope of proof necessary to support any damages and fee award.

Additional time is required to: (a) assess and determine the appropriate measure of damages; (b) prepare supporting declarations and evidentiary materials to the extent available; and (c) ensure that Plaintiff's submission fully and accurately addresses the issues identified by the Court.

Due to existing professional obligations and scheduling constraints, including travel, counsel has not yet been able to complete this process.

This is Plaintiff's first request for an extension, is made in good faith, and is not intended for purposes of delay. No party will be prejudiced by the requested extension. Defendant has not appeared in this action and has not opposed the motion for default judgment.

Granting this request will allow Plaintiff to present a more complete and considered submission, which will assist the Court in resolving the remaining issues.

//

//

//

//

1

**Administrative Motion for Extension of Time to File Supplemental Brief on Damages, Attorney's Fees and Costs**

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court enter an Order:

(a)     extending Plaintiff's deadline to file the Supplemental Brief and updated proposed order regarding damages, attorney's fees, and costs from April 27, 2026 to May 27, 2026;

(b)     extending Defendant's deadline to respond to Plaintiff's supplemental submission to June 1, 2026; and

(c)     continuing the May 6, 2026 hearing on Plaintiff's Motion for Default Judgment to June 10, 2026, at 11:00 a.m. by Zoom video webinar.

(d)     Plaintiff is ordered to serve defendant with notice of the new dates.


Dated:  April 9, 2026

/s/ Randall S. Newman
Randall S. Newman, Esq. (SBN 190547)
270 Madison Ave., 10th Floor
New York, NY 10016
(212) 797-3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Jose Maria DeCastro*

**Administrative Motion for Extension of Time to File Supplemental Brief on Damages, Attorney's Fees and Costs**