RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
270 Madison Ave., 10th Floor
New York, NY 10016
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Jose Maria DeCastro*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

JOSE MARIA DECASTRO,

      Plaintiff,

    vs.

JOHN BRENDAN O'DEA,

      Defendant.

Case No. 25-cv-06567-NC

**CERTIFICATE OF SERVICE**

1

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2026, I caused a true and correct copy of the Plaintiff's Administrative Motion for Extension of Time to File Supplemental Brief on Damages, Attorney's Fees and Costs and to Continue Hearing (ECF No. 24) and the Court's Order Granting Plaintiff's Administrative Motion (ECF No. 25) to be served upon Defendant John Brendan O'Dea by email pursuant to the Court's Order Authorizing Alternative Service (ECF No. 10), at the following email addresses:

irishdemonvids@gmail.com;

irishdemonarmy@gmail.com;

joe@creatorgrowthgroup.com;

fat2fitgorzilla@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:        April 9, 2026            s/ Randall S. Newman
                                       Randall S. Newman, Esq. (190547)

                                       *Attorney for Plaintiff,*
                                       *Jose Maria DeCastro*

CERTIFICATE OF SERVICE