RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
270 Madison Ave., 10th Floor
New York, NY 10016
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Jose Maria DeCastro*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIA DECASTRO,<br><br>    Plaintiff,<br><br>  vs.<br><br>JOHN BRENDAN O'DEA,<br><br>    Defendant. | Case No. 25-cv-6567-NC<br><br>**Hon. Nathanael M. Cousins**<br><br>**SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR AN ORDER GRANTING DEFAULT JUDGMENT**<br><br>**HEARING:**<br>Date: June 10, 2026<br>Time: 11:00 a.m.<br>Place: 280 South 1st St.<br>Courtroom 5 (4th Floor)<br>San Jose, CA 95113 |

**Supplemental Memorandum in Support of Order Granting Default Judgment**

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.    INTRODUCTION

Pursuant to the Court's February 25, 2026 Order (ECF No. 21), Jose Maria DeCastro ("Plaintiff") submits this Supplemental Memorandum in Support of an Order Granting Default and a revised Proposed Judgment addressing damages, attorney's fees, and costs. Plaintiff has decided not to pursue compensatory damages, punitive damages, or attorney's fees in this action.

Instead, Plaintiff seeks: (a) statutory damages of $1,000 under the Stored Communications Act, 18 U.S.C. § 2707(c); (b) taxable costs of $405; and (c) the declaratory and injunctive relief set forth in the revised proposed judgment.

Following the hearing on Plaintiff's Motion for Default Judgment, Plaintiff has elected to narrow the claims on which default judgment is sought. Specifically, Plaintiff no longer seeks default judgment on the claim asserted under the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, and instead seeks default judgment only on Plaintiff's claims under the Stored Communications Act, 18 U.S.C. § 2701, and 17 U.S.C. § 512(f), together with the declaratory and injunctive relief set forth in the revised Proposed Judgment filed concurrently herewith.

## II.    ARGUMENT

The Stored Communications Act expressly authorizes an award of statutory damages of "not less than $1,000" for violations of 18 U.S.C. § 2701. 18 U.S.C. § 2707(c). As set forth in the Complaint and Plaintiff's Motion for Default Judgment, Defendant intentionally accessed Plaintiff's StreamYard account without authorization and used that access to broadcast pornographic content through Plaintiff's YouTube channel while impersonating Plaintiff. Defendant has defaulted, and the well-pleaded allegations of the Complaint are therefore deemed admitted. Plaintiff respectfully submits that the statutory minimum award of $1,000 is appropriate under the circumstances and does not require any additional evidentiary submission or prove-up proceeding.

1

**Supplemental Memorandum in Support of Order Granting Default Judgment**

Plaintiff further seeks taxable costs in the amount of $405, consisting solely of the civil filing fee. Plaintiff does not seek any additional monetary relief.

In light of Plaintiff's decision to forgo compensatory damages, punitive damages, and attorney's fees, Plaintiff respectfully submits that no further proceedings concerning damages are necessary and that the revised proposed judgment submitted concurrently herewith may be entered as a final judgment resolving the claims on which Plaintiff seeks default judgment.

## VII.  CONCLUSION AND REQUESTED RELIEF

For the foregoing reasons, Plaintiff respectfully requests that the Court enter the revised Proposed Judgment submitted concurrently herewith and enter default judgment in favor of Plaintiff and against Defendant on Plaintiff's claims under the Stored Communications Act, 18 U.S.C. § 2701, and 17 U.S.C. § 512(f). Plaintiff further requests that the Court award statutory damages pursuant to 18 U.S.C. § 2707(c) in the amount of $1,000 and taxable costs in the amount of $405, enter the declaratory and injunctive relief set forth in the revised Proposed Judgment, and grant such other and further relief as the Court deems just and proper.

Dated:  May 27, 2026

/s/ Randall S. Newman
Randall S. Newman, Esq. (SBN 190547)
270 Madison Ave., 10th Floor
New York, NY 10016
(212) 797-3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Jose Maria DeCastro*

2

**Supplemental Memorandum in Support of Order Granting Default Judgment**