RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
270 Madison Ave., 10th Floor
New York, NY 10016
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Jose Maria DeCastro*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| JOSE MARIA DECASTRO, | Case No. 25-cv-6567-NC |
|---|---|
| Plaintiff, | **Hon. Nathanael M. Cousins** |
| vs. | **[PROPOSED] JUDGMENT FOR DEFAULT** |
| JOHN BRENDAN O'DEA, | |
| Defendant. | |

**[Proposed] Judgment by Default**

# [PROPOSED] JUDGMENT

Plaintiff Jose Maria DeCastro ("Plaintiff") having moved for entry of default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2); the Clerk having previously entered default against Defendant John Brendan O'Dea ("Defendant"); and the Court having considered Plaintiff's motion, the pleadings, and the record in this action;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

## 1.    Default Judgment as to Liability

Default judgment is entered in favor of Plaintiff and against Defendant on Plaintiff's claims under: the Stored Communications Act, 18 U.S.C. § 2701 and 17 U.S.C. § 512(f).

## 2.    Declaratory Relief

The Court declares that Defendant had no lawful authorization to reproduce, rebroadcast, or publicly perform Plaintiff's audiovisual works as alleged in the Complaint, and that Defendant's use of those works does not constitute fair use under 17 U.S.C. § 107.

## 3.    Permanent Injunction

Defendant, and all persons acting in concert or participation with him, are permanently enjoined from reproducing, distributing, publicly performing, or publicly displaying the following videos identified in the Complaint: the October 23, 2022 rebroadcast located at https://www.youtube.com/watch?v=wTgfIBnDvfw; and the November 15, 2022 rebroadcast located at https://www.youtube.com/watch?v=hGUx9FC3Eo4.

## 4.    Damages and Costs

Plaintiff is awarded statutory damages pursuant to 18 U.S.C. § 2707(c) in the amount of $1,000 for Defendant's willful and intentional violation of the Stored Communications Act. Plaintiff is further awarded taxable costs in the amount of $405, representing the filing fee incurred in commencing this action. Plaintiff does not seek compensatory damages, punitive damages, attorney's fees or additional monetary relief.

1

[Proposed] Judgment by Default

**5.    Retention of Jurisdiction**

The Court retains jurisdiction to enforce this Judgment and the permanent injunction set forth herein.

**6.    Final Judgment**

This Judgment resolves all claims on which Plaintiff seeks default judgment as set forth in Plaintiff's motion and is a final judgment for purposes of Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED**

Dated: _____, 2026

_____
HON. NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

2

**[Proposed] Judgment by Default**