RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
270 Madison Ave., 10th Floor
New York, NY 10016
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Jose Maria DeCastro*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

JOSE MARIA DECASTRO,

     Plaintiff,

  vs.

JOHN BRENDAN O'DEA,

     Defendant.

Case No. 25-cv-06567-NC

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, I caused a true and correct copy of the Plaintiff's Supplemental Brief (ECF No. 27) and the Plaintiff's Supplemental Proposed Order (ECF No. 27-1) to be served upon Defendant John Brendan O'Dea by email pursuant to the Court's Order Authorizing Alternative Service (ECF No. 10), at the following email addresses:

irishdemonvids@gmail.com;

irishdemonarmy@gmail.com;

joe@creatorgrowthgroup.com;

fat2fitgorzilla@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:       May 27, 2026                    s/ Randall S. Newman
                                             Randall S. Newman, Esq. (190547)

                                             *Attorney for Plaintiff,*
                                             *Jose Maria DeCastro*

2

**CERTIFICATE OF SERVICE**