RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
270 Madison Ave., 10th Floor
New York, NY 10016
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Jose Maria DeCastro*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

JOSE MARIA DECASTRO,

       Plaintiff,

    vs.

JOHN BRENDAN O'DEA,
         Defendant.

Case No. 25-cv-06567-NC

**HON. NATHANAEL M. COUSINS**

**DECLARATION OF JOSE MARIA DECASTRO IN SUPPORT OF SUPPLEMENTAL BRIEFING REGARDING MOTION FOR DEFAULT JUDGMENT**

**Declaration of Jose Maria DeCastro in Support of Supplemental Briefing Regarding Motion for Default Judgment**

**DECLARATION OF JOSE MARIA DECASTRO**

I, Jose Maria DeCastro, hereby declare pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Plaintiff in this action. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, could and would testify competently to them.

2. I have used StreamYard in connection with the creation and publication of audiovisual content on my YouTube channel, Delete Lawz.

3. StreamYard is not limited to transmitting livestreams. I have also used StreamYard to create prerecorded, non-live videos for subsequent publication on YouTube.

4. When I conducted livestreams using StreamYard, recordings of those livestreams were saved in my StreamYard account after the livestreams ended. I could subsequently access those stored recordings through my StreamYard account.

5. I have also created prerecorded videos using StreamYard that were subsequently published to YouTube. Copies of those prerecorded videos were saved in my StreamYard account and remained accessible to me through StreamYard after publication.

6. At the time Defendant John Brendan O'Dea accessed my StreamYard account without my authorization on or about November 22, 2024, my StreamYard account contained stored recordings of prior livestreams and prerecorded videos.

7. Those stored videos were accessible through my StreamYard account when I logged into the account using my credentials.

8. StreamYard's Help Center describes the storage functionality that I have personally used. StreamYard states that recordings are saved to StreamYard as a user streams or records and that those recordings count against the user's available storage. A true and correct copy of StreamYard's Help Center article titled "What is Storage?" is attached hereto as Exhibit A.

9. StreamYard also provides users with a Video Library through which stored recordings can be accessed and downloaded. A true and correct copy of StreamYard's Help

1

**Declaration of Jose Maria DeCastro in Support of Supplemental Briefing Regarding Motion for Default Judgment**

Center article titled "How Do I Download My Recordings In StreamYard?" is attached hereto as Exhibit B.

10.    The storage and recording functionality described in Exhibits A and B is consistent with my own experience using StreamYard, including my ability to access recordings of prior livestreams and prerecorded videos after they were created or broadcast.

11.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


        Executed on this 13th day of August, 2026.

                                                    _____
                                                    Jose Maria DeCastro

2

**Declaration of Jose Maria DeCastro in Support of Supplemental Briefing Regarding Motion for Default Judgment**

StreamYard Help Center  /  How-To's  /  Recordings

# What is Storage?

Storage refers to the amount of content you can keep on StreamYard. It's measured in hours. For example, you can store 50 hours of recordings on StreamYard on the Core plan.

## How much storage do I have?

Each plan has a default amount of storage hours available:

- **Free**: 5 hours
- **Core**: 50 hours
- **Advanced**: 50 hours
- **Teams**: 50 hours
- **Business**: 700+ hours

As you stream or record, those recordings get saved to StreamYard. The length of those recordings counts against the amount of available storage you have. Each plan has a max length for live streams:

- **Core/Advanced/Teams**: 10 hours per stream
- **Business**: 24 hours per stream

When you exceed your hours, you will **still be able to stream**, but streams will not be recorded on StreamYard. They will be recorded on the social media platforms. Recording in the studio will also be disabled. To record, upgrade for more storage, or delete some of your recordings to free up space.

EXHIBIT A - Page 1 of 7

## Can I add hours to my plan?

If you're on *Free plan*, you will have to upgrade your plan to a paid plan to add more hours. If you're on the Core, Advanced or Teams plan, you can upgrade to the storage add-on.

## How does the storage add-on work?

By upgrading or downgrading, you're *replacing* your available amount of hours/storage. For example, if I'm on the Advanced plan and have 50 hours, and I purchase the 200-hour option, I will now have 200 hours.

## How much does additional storage cost?

| Hours | Monthly | Annual |
|---|---|---|
| **50 hours** | Free (for Core, Advanced and Teams users) | Free (for Core, Advanced and Teams users) |
| **100 hours** | $4.99/month | $53.88/year |
| **200 hours** | $8.99/month | $101.88/year |
| **400 hours** | $17.99/month | $203.88/year |

## How is the storage add-on billed?

Since storage is an add-on to your plan, it renews and expires when your plan does. If you have a **monthly** paid plan, and you add on hours/storage, the amount due at the time of purchase is determined by where you are in your month and will renew at the normal monthly rate at the start of the next month.

If you have an **annual** paid plan, and you add on hours/storage, the amount due at the time of purchase is determined by where you are in your plan's yearly billing cycle and will renew at the

EXHIBIT A - Page 2 of 7

normal yearly rate when your annual plan renews.

- Access your Billing page within your account.
- In the Storage section, click on *Manage* and then select *Free* to remove the extra storage add-on.
- Removing extra storage may result in the deletion of older recordings if your usage exceeds the included storage limit. Be sure to back up any important recordings before making changes to your storage plan.

## How can I free up my storage?

You can free up your storage by deleting past recordings, following the steps outlined in this article.

Alternatively, there is also the option to turn on the automatic deletion of older recordings as you reach the limits of your storage capacity. To do so:

1. Log in to your account
2. From your dashboard, click on "Team settings"



EXHIBIT A - Page 3 of 7



3. Under "General", turn on the toggle "*Automatically delete recordings once storage limit is reached*"



EXHIBIT A - Page 4 of 7

That's it! StreamYard will now automatically delete older recordings in chronological order to free up your storage.

 **Note:** You won't be able to recover your recordings once they get automatically deleted. This feature only removes the minimum number of recordings needed to bring your storage below the maximum hours allowed by your subscription.

For example:

1. Suppose your plan allows **50 hours** of total storage, and you currently have **56 hours** of recordings.

2. The system will automatically delete enough of your **oldest** recordings to bring you back below the **50 hours** limit.

Related to

storage

---

## Was this article helpful?



Have more questions? Submit a request

---

## Related articles

How Do I Download My Recordings In StreamYard?

How do I delete a StreamYard broadcast and/or recording?

How to Download a YouTube Live Stream

es StreamYard support 4k UHD?

EXHIBIT A - Page 5 of 7

Using the Greenroom

## Recently viewed articles

My mic doesn't work

---

## Categories ⌄

---



# Can't find what you're looking for?

Submit a request

← Back to website    System status    English (United States) ⌄

EXHIBIT A - Page 6 of 7

 



EXHIBIT A - Page 7 of 7

StreamYard Help Center  /  How-To's  /  Recordings

# How Do I Download My Recordings In StreamYard?

StreamYard saves your recordings permanently! You can store up to 50 hours on the Core, Advanced, and Teams plans. Additional storage is available as an add-on to paid plans. On the Free plan, you can store up to 5 hours of content at a time. Live streams are only recorded on the paid plans. If your live stream was created on the Free plan, it is not recorded in your StreamYard library.

To know more about storage, you can reference this article.

## How to Download a Recording

⚠ Downloading recordings is a feature that is only available on paid StreamYard plans. Only account Owners and Admins can download recordings to their devices. Guests or other participants in the stream do not have download permissions.

1. Go to your Video Library in StreamYard.

2. Click on the video recording that you would like to download.

3. Click **Download** in the upper right-hand corner.



EXHIBIT B - Page 1 of 5

4. Choose to download the Cloud Video and Audio recordings, as well as Backup individual audio recordings (Pro plans and above).



5. If you had Local Recordings enabled, they will be available for download below the video player. Click **Download all** to download all available Local Recordings, or click **Download** next to each specific Local Recording you would like to download.

EXHIBIT B - Page 2 of 5



**Note**: Recordings can not be downloaded in bulk.

## FAQs

**My broadcast appears in Past Broadcasts but I can't find a recording — why?**

If a broadcast is visible on your StreamYard home page but there is no recording in your Video Library, it means the session was **not recorded**. This happens in two cases:

- The broadcast was created on the **Free plan**
- The broadcast was streamed directly to a social platform **without recording enabled** — if recording was not activated before going live, no file was saved.

EXHIBIT B - Page 3 of 5

In either case, **the recording cannot be recovered**. To ensure future broadcasts are saved, make sure you that recording is enabled before going live.

## Was this article helpful?

Yes    No

Have more questions? Submit a request

## Related articles

How to Download a YouTube Live Stream

What File Format Can I Download After My StreamYard Broadcast?

Guest instructions

Connect a Facebook Page

Video Trimming and Splitting

## Recently viewed articles

What is Storage?

## Categories                                                                ⌄

EXHIBIT B - Page 4 of 5

# Can't find what you're looking for?

Submit a request



← Back to website     System status     English (United States) ⌄



EXHIBIT B - Page 5 of 5