RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
270 Madison Ave., 10th Floor
New York, NY 10016
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Jose Maria DeCastro*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE MARIA DECASTRO,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN BRENDAN O'DEA,<br><br>Defendant. | Case No. 25-cv-06567-PCP<br><br>**<u>CERTIFICATE OF SERVICE</u>** |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2026, I caused a true and correct copy of the Order Requesting Reassignment to a District Court Judge; Report and Recommendation to Grant in Part and Deny in Part Motion for Default Judgment (ECF No. 34) to be served upon Defendant John Brendan O'Dea by email pursuant to the Court's Order Authorizing Alternative Service (ECF No. 10), at the following email addresses:

irishdemonvids@gmail.com;
irishdemonarmy@gmail.com;
joe@creatorgrowthgroup.com;
fat2fitgorzilla@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 24, 2026

s/ Randall S. Newman
Randall S. Newman, Esq. (190547)

*Attorney for Plaintiff,*
*Jose Maria DeCastro*