United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIA DECASTRO,<br>Plaintiff,<br>v.<br>JOHN BRENDAN O'DEA,<br>Defendant. | Case No.25-cv-06567-PCP<br><br>**DEFAULT JUDGMENT**<br>Re: Dkt. No. 34 |

On September 14, 2026, the Court granted in part plaintiff's motion for default judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Jose DeCastro and against John O'Dea. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 14, 2026

P. CASEY PITTS
United States District Judge